### ALBERT M. COLLINS v. JANE PRIMROSE COLLINS

13 So. (2nd) 448
May 14, 1943
Rehearing Denied June 8, 1943

January Term, 1943
En Banc

*Warren & Rothstein* and *A. H. Rothstein,* for appellant.
*Knight & Knight* and *Albion W. Knight,* for appellee.

PER CURIAM:

It is hereby ordered that the appellant pay to the appellee within thirty days the sum of two hundred dollars to compensate her counsel for their services.

BUFORD, C. J., BROWN, CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.